NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JIL STREED STUDER, individually, and LARRY STUDER, individually, | Case No. 2:19-cv-08573-JFW (PLA) |
| Plaintiffs, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| v. | The Honorable Paul L. Abrams<br>Courtroom: 780 |
| JOHNSON & JOHNSON; ETHICON, INC., | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

The Court has received and considered Plaintiffs Jil Streed Studer and Larry Studer and Defendants Johnson & Johnson and Ethicon, Inc.'s (collectively, the "Parties") Stipulated Protective Order. Pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order as modified is approved and shall be the Order of the Court.

**IT IS SO ORDERED.**

DATED: April 2, 2020

_____
Hon. Paul L. Abrams
United States Magistrate Judge